DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VIDIEK RODRIGUEZ,**
Petitioner,

v.

**STATE OF FLORIDA,**
Respondent.

No. 4D14-2511

[January 7, 2015]

Petition alleging ineffective assistance of counsel to the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Matthew I. Destry, Judge; L.T. Case No. 09-2980 CF10B.

Vidiek Rodriguez, Crawfordville, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Laura Fisher, Assistant Attorney General, West Palm Beach, for respondent.

PER CURIAM.

Vidiek Rodriguez petitions this court alleging that he received ineffective assistance from his appellate counsel. Rodriguez argues that counsel should have filed a rule 3.800(b)(2) motion to correct a sentencing error and argued on appeal that the trial court erred in sentencing a first time felony offender to prison without ordering a presentence investigation report as required by rule 3.710(a). The state agrees that Rodriguez may be entitled to resentencing pursuant to *Hernandez v. State,* 137 So. 3d 542 (Fla. 4th DCA 2014).

Accordingly, we grant petitioner a new appeal to allow appellate counsel to file a rule 3.800(b)(2) motion. This opinion shall be filed with the lower tribunal and treated as a notice of appeal. If petitioner qualifies for appointed counsel, the lower court shall appoint counsel to represent him on the appeal, which will proceed under a new case number.

STEVENSON, FORST and KLINGENSMITH, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*